**05-24-00849-CV**

August 18, 2025

Fifth District Court of Appeals

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

8/21/2025 12:13:01 PM

Ruben Morin
Clerk

RE:   KAZ MEYERS PROPERTIES, LLC VS. NURAN, LLC

TC#:  DC-20-17067

Ms. Mendoza -

My apologies. I have been very busy and time on this got away from me.  I have two volumes left to format.  May I request 10 days to file this appeal. Thank you in advance for your help.

Best regards,
*/s/ Ms. Deborah Quarels, CSR*